IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID N. STANLEY,

    Plaintiff,

v.                                                                          Civ. No. 11-1108 GBW/WPL

DONALD GALLEGOS, *et al.*,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. On January 8, 2015, the Court entered an Order scheduling a telephonic status conference for January 14, 2015, at 9:30 a.m. to discuss setting a trial date in this matter. *Doc. 107*. Although counsel for Plaintiff Stanley and Defendant Gallegos appeared for the status conference, Defendant Olona's counsel did not do so. The Court notes that this is not the first time Defendant Olona's counsel has failed to appear at a court-ordered proceeding. *See doc. 90*.

The Court has the inherent power to sanction parties for litigation activities undertaken in bad faith in order to "maintain[ ] the authority and dignity of the court." *Roadway Exp., Inc. v. Piper*, 447 U.S. 752, 764 (1980) (citation and quotation omitted). Further, the Court may assess sanctions under its inherent power where an attorney willfully disobeys a court order. *Chambers v. NASCO, Inc.,* 501 U.S. 32, 45 (1991).

In light of the forgoing, IT IS HEREBY ORDERED that Defendant Olona shall show cause in writing not later than **January 20, 2015**, why the Court should not assess sanctions against him and/or his counsel.

IT IS SO ORDERED.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE